**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LON ALMAZ ZAUDITU LIYOU,

Plaintiff,

v.

SCROGGINS, *et al.*,

Defendants.

Case No. 1:26-cv-4384 JLT FJS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE; AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 5)

Lon Almaz Zauditu Liyou initiated this action by filing a complaint, in which she alleges 14 causes of action against 34 defendants, including individuals, entities, and municipal parties. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint and found she failed to comply with the applicable pleading requirements of the Federal Rules of Civil Procedure. (Doc. 4 at 2-8.) For example, the magistrate judge found the "allegations fail to demonstrate what facts are underlying which causes of action against which defendants." (*Id.* at 6.) The magistrate judge also found the complaint "asserts numerous unrelated claims against numerous defendants." (*Id.* at 7.) The magistrate judge provided Plaintiff with the pleading standards and granted leave to amend. (*Id.* at 9.) Plaintiff did not file an amended complaint or otherwise respond to the Screening Order.

After Plaintiff failed to respond to the Court's order, the magistrate judge issued Findings

and Recommendations, incorporating the findings of the Screening Order and recommending dismissal for failure to state a claim. (Doc. 5 at 2-8, 10.) The magistrate judge also found Plaintiff failed to prosecute this action and failed to comply with the Screening Order, and terminating sanctions were appropriate for these failures. (*Id.* at 8-9.) The magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 10.)

The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 30 days. (Doc. 5 at 10.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections to the Findings and Recommendations, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 30, 2026 (Doc. 5) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 14, 2026

UNITED STATES DISTRICT JUDGE